**Order filed March 10, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00035-CV**

_____

**WILLIAM H. THOMPSON, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-66223**

---

# O R D E R

A notice of appeal in this case was filed in the trial court January 18, 2022. Appellant has not paid the filing fee of $205.00, and he was notified that he had not paid the filing fee on February 1, 2022. In a similar vein, the clerk responsible for preparing the record notified this court that appellant had not made payment for the clerk's record. No evidence that appellant has established indigence or is otherwise excused by statute or the Texas Rules of Appellate Procedure from paying fees or costs has been filed. *See* Tex. R. App. P. 5; Tex. R. Civ. P. 145. On February 8,

2022, this court notified appellant that the appeal was subject to dismissal unless they filed a response with proof of payment for the clerk's record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to, on or before March 31, 2022, either demonstrate his indigence or both pay the filing fee in the amount of $205.00 to the clerk of this court and demonstrate that he has made arrangements to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). Failure to fulfill either set of requirements will result in dismissal of this appeal. *See* Tex. R. App. P. 5, 37.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.